# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1084
L.T. Case No. 1992-CF-004125-H

_____

DWAYNE DEMONT HAGANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County,
Mark Jeffrey Borello, Judge.

Dwayne Demont Hagans, Live Oak, pro se.

James Uthmeier, Attorney General, and David Welch,
Assistant Attorney General, Tallahassee, for Appellee.

October 21, 2025

PER CURIAM.

AFFIRMED.

WALLIS, BOATWRIGHT, and MACIVER, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————